13 FEB -7 PM 2: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 12cv0538-W(BGS) |
| Plaintiff, | ) | JUDGMENT OF FORFEITURE |
| v. | ) | |
| $13,000.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Having reviewed the Joint Motion For Settlement re: Defendant Currency, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1.    $9,000.00 (nine thousand dollars) in U.S. currency of the defendant $13,000.00 (thirteen thousand dollars) in currency shall be returned to claimant Chad Hayes Beckley, through his attorney, James J. Warner.

2.    The remainder of the defendant $13,000.00 (thirteen thousand dollars) in currency, consisting of $4,000.00 (four thousand dollars) in U.S. currency, shall be condemned and forfeited to the United States.

//

3.   Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendant currency shall be borne by the United States.

4.   Claimant Chad Hayes Beckley has agreed that by entering into this stipulation, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465.

5.   The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

6.   Claimant Chad Hayes Beckley has warranted and represented as a material fact that he is the sole owner of the defendant $13,000 in currency and further has warranted that no other person or entity has any right, claim or interest in the defendant $13,000 in currency, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant $13,000 in currency.

7.   The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations claimant Chad Hayes Beckley may owe to the United States.

8.   The parties to this settlement have agreed that each will bear their own attorney's fees and costs.

//
//
//
//
//
//
//
//

12cv0538

9.   Claimant Chad Hayes Beckley, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant $13,000 in currency.

10.   This case is hereby ordered closed.   Let judgment be entered accordingly.

DATED:     February 6, 2013

_____
HON.  THOMAS  J.  WHELAN
UNITED STATES DISTRICT COURT